BEFORE THE FIRST DIVISION, NOVEMBER 29, 1961

No. 66232.—Kaytee Import, Inc., and William G. Young & Co., Inc., et al. *v.* United States, protests 60/28505, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the sub-

ject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.